UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANNON DYSON, TUANISHA BATES, TENISHA DYSON-FOSTER BERNADETTE PENN, AND LATOYA BATES<br>    Plaintiffs, | *<br>*<br>*<br>*<br>*<br>* | CASE NO.:<br><br>SECTION:<br><br>JUDGE |
| v. | *<br>* | MAGISTRATE JUDGE |
| UNITED STATES OF AMERICA<br>    Defendant | *<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **COMPLAINT**

The petition of Shannon Dyson, a person of the full age of majority domiciled in the Parish of Washington, State of Louisiana, Tuanisha Bates, a person of the full age of majority domiciled in the Parish of Tangipahoa, State of Louisiana, Tenisha Dyson-Foster, a person of the full age of majority domiciled in the Parish of Washington, State of Louisiana, Bernadette Penn, a person of the full age of majority domiciled in the Oklahoma City, Oklahoma and Latoya Bates, a person of the full age of majority domiciled in the Parish of Tangipahoa, State of Louisiana, respectfully represents as follows:

I.

Petitioners Shannon Dyson, Tuanisha Bates, Tenisha Dyson-Foster, Bernadette Penn and Latoya Bates, are the daughters of the decedent, Charles Dyson.

II.

The defendant, the United States of America, at al relevant times herein owned and operated the Veterans Administration Medical Center in New Orleans, Louisiana and employed Dr. Louis Spencer Krane and Joyce Morin Stedman at all relevant times herein. At all relevant

times herein, Dr. Jason Chiang, Dr. Amanda Raines, and Dr. Gabriel Leinwand were residents with Tulane University's Medical Residency program who provided care to Charles Dyson at the VA Medical Center in New Orleans and pursuant to an affiliation agreement were at all relevant times considered to be employees of the United States of America through the Veterans Administration for purposes of the Federal Tort Claims Act.

III.

On September 25, 2018, Charles Dyson was admitted to the Veterans Administration Medical Center in New Orleans for robotic assisted radical retropubic prostatectomy for prostate cancer. The surgery was performed by Dr. Jason Chiang, Dr. Spencer Krane and Dr. Amanda Raines. Bladder reconstruction was also performed at that time. During the course of the surgery, the bladder was inadvertently nicked on two occasions.

IV.

Following the surgery, Mr. Dyson remained at the Veterans Administration Medical Center until September 27, 2018 when he was discharged. The discharge was approved by Dr. Gabriel Leinwand. There are conflicting notations in the chart as to whether Mr. Dyson was able to have a bowel movement during his hospitalization. At the time of discharge, discharge instruction sheets were developed by Nurse Joyce Stedman, however no acknowledgement was obtained from Mr. Dyson or any of his family members that the instructions had been read or explained to them, or that they had been given the opportunity for questions.

V.

On October 1, 2018, Mr. Dyson presented to North Oaks Hospital with difficulty breathing and generalized abdominal pain with distention of the abdomen. The admitting diagnosis was severe sepsis, acute ischemia of the large bowel, acute respiratory failure, acute kidney failure, acute and subacute hepatic failure, acute infarction of the large intestines, acidosis, and chronic

obstructive pulmonary disease. Mr. Dyson underwent an exploratory laparotomy at which time approximately 11 feet of gangrenous or ischemic ileum was resected. Mr. Dyson's condition continued to deteriorate, and he died on October 5, 2018.

VI.

Upon information and belief, Mr. Dyson's damages and wrongful death were directly and proximately caused by the following non-exclusive failures to follow the applicable standard of care:

1. Inadvertently nicking the bladder and other organs, resulting in gangrene and infection;

2. In failing to properly monitor Mr. Dyson's condition while hospitalized;

3. In prematurely discharging Mr. Dyson from the VA Medical Center and failing to properly to assess his condition upon discharge;

4. In failing to appropriately instruct Mr. Dyson and his family regarding care and precautions to be taken following discharge;

5. In failing to properly document Mr. Dyson's condition;

6. Other acts and omissions which will be shown at the trial of this matter.

VII.

As a direct and proximate result of the above-described deviations from the standard of care, your petitioners have sustained damages including loss of society, loss of love and affection, mental anguish and have incurred funeral and burial expenses. Additionally, your petitioners, pursuant to Civil Code Article 2350.1, sue herein for the survival action of the decedent Charles Dyson for his conscious pain and suffering sustained as a result of the deviations of the standard of care prior to his death as described herein.

VIII.

Plaintiff Shannon Dyson itemizes her damages as follows: Loss of society, love, affection, and mental anguish - $500,000.

Plaintiff Tuanisha Bates itemizes her damages as follows: Loss of society, love, affection, and mental anguish - $500,000.

Plaintiff Tenisha Dyson-Foster itemizes her damages as follows: Loss of society, love, affection, and mental anguish - $500,000.

Plaintiff Bernadette Penn itemizes her damages as follows: Loss of society, love, affection, and mental anguish - $500,000.

Plaintiff Latoya Bates itemizes her damages as follows: Loss of society, love, affection, and mental anguish - $500,000.

Plaintiff Connie Dyson itemizes her damages as follows: Loss of society, love, affection, and mental anguish - $500,000.

IX.

Plaintiffs have exhausted all administrative remedies under the Federal Tort Claims Act.

WHEREFORE, your petitioners, Connie Dyson, Shannon Dyson, Tuanisha Bates, Tenisha Dyson-Foster, Bernadette Penn and Latoya Bates, pray that after due proceedings had there be judgment herein in their favor and against the defendant, the United States of America, together with interest from date of judicial demand until paid, and for all costs of these proceedings.

Respectfully submitted,

**STANGA & MUSTIAN,**
A Professional Law Corporation

BY:   s/ William R. Mustian, III
      **WILLIAM R. MUSTIAN, III (9865)**
      3117 22nd Street, Suite 6
      Metairie, Louisiana 70002
      Telephone:  (504) 831-0666
      Facsimile:   (504) 831-0726
      E-mail: wrm@stangamustian.com

**PLEASE SERVE:**

United States of America
Through its Attorney General
Washington, DC 20530

Duane E. Evans
United States Attorney
Eastern District of Louisiana
650 Poydras Street
Suite 1600
New Orleans, Louisiana 70113

United States Department of Veterans Affairs
Secretary Robert Wilkie
1722 I Street NW
Washington, DC 20421